

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Remnant Assets, LLC,

\* From the 118th District Court
  of Glassock County,
  Trial Court No. 1789.

Vs. No. 11-22-00343-CV

\* January 16, 2025

Permico Royalties, LLC;
Parkcrest Minerals, LLC;
and David B. Roemer,

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Remnant Assets, LLC.